IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNM RAINFOREST INNOVATIONS § | |
| § | |
| v. § | Case No. 2:23-cv-424-JRG |
| § | |
| TOYOTA MOTOR NORTH AMERICA, § | |
| INC., ET AL § | |

## ORDER

The Court, having considered the motion for extension of time to comply with Infringement and Invalidity Contentions, finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline to comply with P.R. 3-1 AND 3-2 is extended up to and including November 30, 2023 and the deadline to comply with P.R. 3-3 AND 3-4 and with the Standing Order Regarding Subject-Matter Eligibility Contentions is extended up to and including January 29, 2024.